# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| Leebcor Services, LLC | ) ASBCA No. 63716 |
| | ) |
| Under Contract No. N69450-16-D-1113 | ) |
| Task Order No. N69450-18-F-0731 | ) |

APPEARANCES FOR THE APPELLANT:    Patrick K. Burns, Esq.
Jeremy D. Camacho, Esq.
  Gordon Rees Scully Mansukhani, LLP
  Alexandria, VA

APPEARANCES FOR THE GOVERNMENT:    Craig D. Jensen, Esq.
  Navy Chief Trial Attorney
Joshua S. Kauke, Esq.
  Trial Attorney

## ORDER OF DISMISSAL

The Board docketed this appeal on September 18, 2023. By correspondence dated October 10, 2023, prior to appellant filing its complaint, appellant requested that the appeal be dismissed without prejudice. The government consents to the request. Accordingly, this appeal is dismissed from the Board's docket without prejudice. *See TTF, L.L.C.*, ASBCA No. 58494, 13 BCA ¶ 35,343 at 173,464.

Dated: October 13, 2023

_____
JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 63716, Appeal of Leebcor Services, LLC, rendered in conformance with the Board's Charter.

Dated:  October 13, 2023

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals